FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 13   PM 12: 56

CLERK _____
SO. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

DARRALL JACKSON,

    Plaintiff,

v.

CIVIL ACTION NO.: CV612-055

BRAD HOOKS, Warden; DR. LANIER; and NURSE LINSEY,

    Defendants.

## ORDER

Plaintiff, an inmate formerly incarcerated at Rogers State Prison in Reidsville, Georgia, filed the captioned action seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated July 16, 2012, Plaintiff was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

On August 23, 2012, the Clerk's office forwarded copies of Orders to Plaintiff at Rogers State Prison, the only address provided by Plaintiff. Those Orders were returned by the United States Postal Service, with the notation "RTS - Released". By letter dated August 27, 2012, Rogers State Prison advised the Clerk that Plaintiff was released from Rogers State Prison on August 6, 2012. As Plaintiff has not advised the Court of a change in his address, in violation of this Court's July 16, 2012, Order this action is **DISMISSED**, without prejudice, for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Link v. Wabash Railroad Company, 370 U.S. 626 (1962).

**SO ORDERED**, this 13 day of Sept, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)